```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv3353(DLC)
NICOLE ROSE,                             :
                                         :       ORDER
                    Plaintiff,           :
           -v-                           :
                                         :
DAVINCI MICRO FULFILLMENT, INC.,         :
et al.,                                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter of September 23, 2024, it is hereby

ORDERED that the initial pretrial conference scheduled for October 3 is adjourned to October 10, 2024 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         September 24, 2024

_____
            DENISE COTE
    United States District Judge